UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
| --- | --- | --- |

RODNEY  THOMAS  LOPEZ,
　　　　　Plaintiff

V.

COMMISSIONER of SOCIAL SECURITY,
　　　　　Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE
NUMBER:　　　　1:13-CV-02068-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✕GRANTED.

　　✕The clerk is directed to file the complaint.

　　✕IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
　　copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
　　All costs of service shall be advanced by the United States.

☐DENIED, for the following reasons:



ENTER this　26th　day of　December ,　2013　.

　　　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　Signature of Judicial Officer

　　　　　BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　Name and Title of Judicial Officer