| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|  | United States Attorney |
| 2 | DONNA L. CALVERT |
|  | Regional Chief Counsel |
| 3 | Social Security Administration |
| 4 | THEOPHOUS H. REAGANS, CSBN 189450 |
|  | Special Assistant United States Attorney |
| 5 | Social Security Administration |

    Office of the General Counsel
    160 Spear St. Ste. 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY THOMAS LOPEZ, | ) No. 13-cv-02068-BAM |
|  | ) |
|  | ) STIPULATION FOR EXTENSION OF TIME |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Motion for Summary Judgment be extended to October 16, 2014.  This extension is necessary due to an extremely heavy caseload.

-1-

Defendant's Counsel requests this extension in good faith, with no intent to prolong proceedings unduly. Defendant's Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: September 17, 2014    /s/Vijay J. Patel
VIJAY J. PATEL
Attorney for Plaintiff
[As authorized by telephone]

Dated: September 17, 2014    BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and including October 16, 2014, in which to file an opposition to Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the December 26, 2013, Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 17, 2014**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE